UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1: 23-cv-22075-RNS

BRENDA WALKER,

    Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES, LTD.,

    Defendant.
_____/

## MEDIATOR'S REPORT

The undersigned Mediator hereby reports to the Court the disposition of the mediation of the above-styled action. The mediation was held (via Zoom videoconference) with all parties present, on **October 1, 2025**, and the disposition was:

__X__ The entire action was resolved at mediation.

_____ A partial resolution was achieved. Some issues remain for Court determination.

_____ The mediation was adjourned for one week pending further negotiation with this mediator and certain affected lienholders. A final Mediator's Report will be filed thereafter.

_____ An impasse was declared.

                                       /S/ *Elisabeth M. Rock*
                                       ELISABETH M. ROCK
                                       *Certified Circuit Civil Mediator*

**EMC Mediation Solutions**

**Mediation, Arbitration & Presuit Settlement Services**
Tel: **305.720.6088**
Web: https://EMCMediationSolutions.com
Email: Lis@EMCMediationSolutions.com