UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-22075-JB

BRENDA WALKER,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice. ECF No. [50]. Upon due consideration of the Joint Stipulation, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear their own attorney's fees and costs. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 18th day of February, 2026.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE